

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE | § | No. 08-14-00281-CV |
| | § | |
| AHERN RENTALS, INC., | § | ORIGINAL PROCEEDING |
| | § | |
| RELATOR. | § | ON PETITION FOR WRIT OF |
| | § | |
| | § | MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Marcos Lizarraga, Judge of the 168th District Court of El Paso, Texas, and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 28TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.